AO-10
Rev. 1/2002

# FINANCIAL DISCLOSURE REPORT

## FOR CALENDAR YEAR 2002

Report Required by the Ethics in Government Act of 1978, (5 U.S.C. App., §§101-111)

| 1. Person Reporting (Last name, first, middle initial)<br>Jenkins, Bruce S. | 2. Court or Organization<br>United States District Court - Utah | 3. Date of Report<br>5/11/2005 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or par -t me)<br><br>U.S. Senior District Judge | 5. ReportType (check appropriate type)<br>___ Nomination, Date _____<br>___ Initial ___X___ Annual ___ Final | 6. Reporting Period<br>January 1, 2004 to<br>December 31, 2004 |
| 7. Chamb rs or Office Address<br>350 South Main St., Rm. #462<br>Salt Lake City, UT 84101 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations.<br><br>Reviewing Officer _____ Date _____ | |

IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.

## I. POSITIONS. (Reporting individual only; ee pp. 9-13 of Instructio s.)

POSITION                                NAME OF ORGANIZATION/ENTITY

☐ NONE (No reportable positions.)

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1 | Co Executor | Estate. No assets (asse s distributed years ago). No creditors (all paid). Estate remains tec nically "open". |
| 2 | | |
| 3 | | |

## II. AGREEMENTS. (Reporting individual only; see pp. 14-16 of Instructions.)

| | DATE | PARTIES AND TERMS |
|---|---|---|
| ☒ | NONE (No reportable agreements.) | |
| 1 | | |
| 2 | | |
| 3 | | |

## III. NON-INVESTMENT INCOME. (Reporting individual and spouse; see pp. 17-24 of Instructions.)

| | DATE | SOURCE AND TYPE | GROSS INCOME<br>(yours, not spouse's) |
|---|---|---|---|
| ☒ | NONE (No reportable non-investment income.) | | |
| 1 | | | $ |
| 2 | | | $ |
| 3 | | | $ |
| 4 | | | $ |
| 5 | | | $ |

2005 MAY 13 A 11: 45 RECEIVED FINANCIAL DISCLOSURE OFFICE

## IV. REIMBURSEMENTS — transportation, lodging, food, entertainment.
*(Includes those to spouse and dependent children. See pp. 25-27 of Instructions.)*

| | SOURCE | DESCRIPTION |
|---|---|---|
| X | NONE (No such reportable reimbursements.) | |
| 1 | | |
| 2 | | |
| 3 | | |
| 4 | | |
| 5 | | |
| 6 | | |
| 7 | | |

## V. GIFTS. *(Includes those to spouse and dependent children. See pp. 28-31 of Instructions.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| | NONE (No such reportable gifts.) | | |
| 1 | | | $ |
| 2 | | | $ |
| 3 | | | $ |
| 4 | | | $ |

## VI. LIABILITIES. *(Includes those of spouse and dependent children. See pp. 32-33 of Instructions.)*

| | CREDITOR | DESCRIPTION | VALUE CODE* |
|---|---|---|---|
| X | NONE (No reportable liabilities.) | | |
| 1 | | | |
| 2 | | | |
| 3 | | | |
| 4 | | | |
| 5 | | | |
| 6 | | | |

*Value Codes: J=$15,000 or less   K=$15,001-$50,000   L=$50,001-$100,000   M=$100,001-$250,000   N=$250,001-$500,000
O=$500,001-$1,000,000   P1=$1,000,001-$5,000,000   P =$5,000,001-$25,000,000
P3=$25,000,001-$50,000,000   P4=$50,000,001 or more

## VII. Page 1  INVESTMENTS and TRUSTS -- income, value, transactions *(Includes those of spouse and dependent children. See pp. 34-57 of instructions.)*

| A. Description of Assets (including trust assets) | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) | (2) | (1) | (2) | (1) | If not exempt from disclosure | | | |
| Place "(X)" after each asset exempt from prior disclosure. | Amt. Code1 (A-H) | Type (e.g., div., rent or int.) | Value Code2 (J-P) | Value Method Code3 (Q-W) | Type (e.g., buy, sell, merger, redemption) | (2) Date: Month-Day | (3) Value Code2 (J-P) | (4) Gain Code1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| NONE  (No reportable income, assets, | | | | | | | | | |
| 1  Savings Acct.-Certificate of Deposit - America 1st Credit Union | D | Interest | M | T | | | | | |
| 2  Savings Acct. - Mountain America Credit | A | Interest | K | T | | | | | |
| 3  Wells Fargo | A | Interest | K | T | | | | | |
| 4  Schwab Tax Exempt Acct. | A | Dividend | J | T | | | | | |
| 5  Series E Bonds | A | None | K | T | | | | | |
| 6  Com. Shares Skywest | A | Dividend | K | T | | | | | |
| 7  Com. Shares Skywest | A | Dividend | K | T | Buy | 5/25 | K | | |
| 8  Com. Shares Liberty Media | | None | J | T | | | | | |
| 9  Com. Shares Liberty Media Intl. CL A | | None | J | T | Spin Off | 6/7 | J | | |
| 10 | | | | | | | | | |
| 11 | | | | | | | | | |
| 12 | | | | | | | | | |
| 13 | | | | | | | | | |
| 14 | | | | | | | | | |
| 15 | | | | | | | | | |
| 16 | | | | | | | | | |
| 17 | | | | | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1 | Income/Gain Codes: (See Col. B1, D4) | A=$1,000 or less F=$50,001- $100,000 | B=$1,001-$2,500 G=$100,001-$1,000,000 | C=$2,501-$5,000 H1=$1,000,001-$5,000,000 | D=$5,001-$15,000 H2=More than $5,000,000 | E=$15,001-$50,000 |
| 2 | Value Codes: (See Col. C1, D3) | J=$15,000 or less N=$250,001-$500,000 P3=$25,000,001-$50,000,000 | K=$15,001-$50,000 O=$500,001-$1,000,000 | L=$ 0,001- $100,000 P1=$1,000,001-$5,000,000 P4=Mor : than $5 ,000,000 | M=$100,001-$250,000 P2=$5,000,001-$25,000,000 | |
| 3 | Value Method Codes: (See Col. C2) | Q=Appraisal U=Book value | R=Cost (real estate only) V=Other | S=Assessment W=Estimated | T=Cash/Market | |

| FINANCIAL DISCLOSURE REPORT | Name of Person Reporting | Date of Report |
|---|---|---|
| | Jenkins, Bruce S. | 5/11/05 |

## VIII.  ADDITIONAL INFORMATION OR EXPLANATIONS  (Indicate part of Report.)

## IX.  CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app., § 501 et. seq., 5 U.S.C. § 7353 and Judicial Conference regulations.

Signature _____    Date  5/11/05

NOTE: AN̲ ̲ ̲ ̲ ̲ ̲ ̲ ̲ ̲ ̲ ̲ ̲ ̲ ̲ ̲ ̲ ̲ ̲ ̲ ̲ Y FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE
SUBJECT ̲ ̲ ̲ ̲ ̲ ̲ ̲ ̲ ̲ ̲ ̲ ̲ ̲ ̲ ̲ ̲ ̲ ̲ ̲ ̲ ̲ ̲ ̲ ̲ ̲ ̲ ., § 104.)

**FILING INSTRUCTIONS:**

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the
    United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C.  20544